ORIGINAL

FILED
NOV 2 6 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | 07-817 C<br><br>Civil Action No. ______ |

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Rules of the Court of Federal Claims, Plaintiff Great Lakes Dredge & Dock Company LLC ("GLDD") moves the Court for entry of a Temporary Restraining Order enjoining the Defendant, the U.S. Army Corps of Engineers, and their agents, employees, officers and representatives, and those acting in concert with them, from receiving proposals or awarding a contract under Request for Proposals No. W912HN-07-R-0109 until further Order of this Court. A Memorandum in Support of this motion and Plaintiff's Motion for A Preliminary Injunction is filed herewith, and a proposed order is attached.

Respectfully submitted,

Daniel C. Sauls
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902
dsauls@steptoe.com

**Attorney of Record for Great Lakes Dredge & Dock Company LLC**

Dated: November 26, 2007

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. __________** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, the entire record herein, and the law applicable thereto, it is this ____ day of _______________, 2007, ORDERED, that the Defendant, its officers, agents, and employees, and all other persons in active concert or participation with them, are restrained from receiving proposals or awarding a contract under RFP No. W912HN-07-R-0109 as of the date of this Order, and then until further Order of this Court.

____________________________________ J.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Great Lakes Dredge & Dock Company LLC's Complaint for A Temporary Restraining Order and Preliminary and Permanent Injunctive Relief, Cover Sheet, Notice of Directly Or Indirectly Related Case, Motion for A Temporary Restraining Order, Motion For Preliminary Injunction, Memorandum In Support of Its Motions for a Temporary Restraining Order and Motion for a Preliminary Injunction, Notice of Appearance, Plaintiff Great Lakes Dredge & Dock Company LLC's Rule 7.1 Statement, and Statement of Plaintiff's Counsel were served, this 26th day of November, 2007 by email on the following:

Henry Wigfall
Contracting Officer
U.S. Army Corps of Engineers
Attn: Charleston Contracting Office
69A Hagood Avenue
Charleston, SC 29402-5107
Henry.Wigfall@sac.usace.army.mil

Michael O'Connell
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.,
Washington, D.C. 20530
Michael.O'Connell@usdoj.gov

Daniel C. Sauls