ORIGINAL

FILED
NOV 2 6 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **UNITED STATES,** <br><br> **Defendant.** | 07-817 C <br> **Civil Action No.** ________ |

**STATEMENT OF PLAINTIFF'S COUNSEL**

Pursuant to Appendix C II of the RCFC, the undersigned counsel for plaintiff Great Lakes Dredge & Dock Company LLC ("GLDD") certifies that:

1. On November 21, 2007, I provided telephonic and written notice (by facsimile) of GLDD's intent to file a Complaint for a Temporary Restraining Order and Preliminary and Permanent Injunctive Relief to the U.S. Department of Justice, Civil Division, Commercial Litigation Branch, and to the Clerk's Office for the United States Court of Federal Claims. On November 21, 2007, I sent the notification required by Appendix C II by facsimile to Henry Wigfall, the procuring agency Contracting Officer under RFP No. W912HN-07-R-0109. A copy of the Pre-Filing Notification and the facsimile cover sheets are attached. No award has been made in this procurement so there is no apparently successful bidder/offeror.

Respectfully submitted,

Daniel C. Sauls
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902

Attorney of Record for Plaintiff
Great Lakes Dredge & Dock Company LLC

Dated: November 26, 2007

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

Daniel C. Sauls
202.429.8054
dsauls@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

November 21, 2007

Via FACSIMILE

(202) 357-6401

Clerk, United States Court
of Federal Claims
717 Madison Place NW, #103
Washington, DC 20011

Via FACSIMILE

(843) 329-2320

Henry Wigfall
Contracting Officer
U.S. Army Corps of Engineers
Attn: Charleston Contracting Office
69A Hagood Avenue
Charleston, SC 29402-5107

Re: **Pre-Filing Notification**

Pursuant to Appendix C to the Rules of the United States Court of Federal Claims, I hereby provide you with Pre-Filing Notification of our intention to file a Complaint under 28 U.S.C. § 1491(b) on behalf of Great Lakes Dredge & Dock Company LLC ("GLDD"). Because the Court is closed on Friday, November 23, GLDD anticipates filing the Complaint on Monday, November 26, 2007.

1. The procuring agency is the United States Army Corps of Engineers, Savannah District, Charleston Contracting Office, and the RFP No. is W912HN-07-R-0109, Maintenance Dredging, Charleston Entrance Channel.

2. The name of the contracting officer responsible for the procurement is Henry Wigfall. His telephone number is (843) 329-8088.

3. GLDD contemplates requesting temporary injunctive relief and a preliminary injunction pursuant to RCFC 65. Counsel for GLDD has discussed this request with Lisa Aiken, counsel for the government, from the Department of Justice.

4. This action was not preceded by the filing of a protest before the Government Accountability Office. However, GLDD believes that this case is directly related to Case No. 07-0700C, which is currently pending before Judge Wheeler.

5. GLDD does not believe that the Court needs to enter a protective order in this case.

Please do not hesitate to contact me if you have any questions or if I may be of assistance.

Sincerely,

Daniel C. Sauls
Counsel for Great Lakes Dredge & Dock Company LLC

cc: Lisa Aiken, Department of Justice, Commercial Litigation Branch
(via facsimile) (202) 305-2062

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1466 |
| CONNECTION TEL | #53055#0002#3576401# |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/21 15:19 |
| USAGE T | 00'57 |
| PGS. SENT | 3 |
| RESULT | OK |

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

**CHICAGO, ILLINOIS**
FACSIMILE 312.577.1370
VERIFICATION: 312.577.1300

**NEW YORK, NEW YORK**
FACSIMILE: 212.506.3950
VERIFICATION: 212.506.3900

**LONDON, ENGLAND**
**STEPTOE & JOHNSON**
FACSIMILE: 011.44.207.367.8001
VERIFICATION: 011.44.207.367.8000

**1330 CONNECTICUT AVENUE, NW**
**WASHINGTON, D.C. 20036-1795**
FACSIMILE: 202.429.3902
VERIFICATION: 202-429-8045
MAIN NUMBER: 202.429.3000
www.steptoe.com

**BRUSSELS, BELGIUM**
FACSIMILE: 011.322.626.0510
VERIFICATION: 011.322.626.0500

**PHOENIX, ARIZONA**
FACSIMILE: 602.257.5299
VERIFICATION: 602.257.5287

**LOS ANGELES, CALIFORNIA**
FACSIMILE 213.439.9599
VERIFICATION: 213.439.9400

**CENTURY CITY, CALIFORNIA**
FACSIMILE 310.734.3300
VERIFICATION: 310.734.3200

**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the above address.

## DELIVER TO:

NAME: **Clerk** TELECOPY PHONE NUMBER: **(202) 357-6401**

COMPANY: **U.S. Court of Federal Claims** VERIFICATION NUMBER:

TOTAL PAGES & COVER SHEET: **3** DATE TRANSMITTED: **November 21, 2007**

S&J OPERATOR'S NAME: TELEPHONE NUMBER:

CLIENT/CASE NUMBER: **53055.0002**

## FROM:

NAME: **Daniel C. Sauls**

REQUEST MADE ON DATE: **11/21/07** TIME: **3:14 PM**

COMPLETION REQUIRED BY DATE: **11/21/07** TIME: **ASAP**

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1467 |
| CONNECTION TEL | 55#0002#18433292320# |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/21 15:21 |
| USAGE T | 01'02 |
| PGS. SENT | 3 |
| RESULT | OK |

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

1330 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-1795
FACSIMILE: 202.429.3902
VERIFICATION: 202-429-8045
MAIN NUMBER: 202.429.3000
www.steptoe.com

CHICAGO, ILLINOIS
FACSIMILE 312.577.1370
VERIFICATION: 312.577.1300

NEW YORK, NEW YORK
FACSIMILE: 212.506.3950
VERIFICATION: 212.506.3900

LONDON, ENGLAND
STEPTOE & JOHNSON
FACSIMILE: 011.44.207.367.8001
VERIFICATION: 011.44.207.367.8000

BRUSSELS, BELGIUM
FACSIMILE: 011.322.626.0510
VERIFICATION: 011.322.626.0500

PHOENIX, ARIZONA
FACSIMILE: 602.257.5299
VERIFICATION: 602.257.5287

LOS ANGELES, CALIFORNIA
FACSIMILE 213.439.9599
VERIFICATION: 213.439.9400

CENTURY CITY, CALIFORNIA
FACSIMILE 310.734.3300
VERIFICATION: 310.734.3200

IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the above address.

## DELIVER TO:

NAME: **Henry Wigfall** TELECOPY PHONE NUMBER: **(843) 329-2320**

COMPANY: **U.S. Army Corps of Engineers** VERIFICATION NUMBER:

TOTAL PAGES & COVER SHEET: **3** DATE TRANSMITTED: **November 21, 2007**

S&J OPERATOR'S NAME: TELEPHONE NUMBER:

CLIENT/CASE NUMBER: **53055.0002**

## FROM:

NAME: **Daniel C. Sauls**

REQUEST MADE ON DATE: **11/21/07** TIME: **3:13 PM**

DELIVERY REQUESTED BY DATE: 11/21/07 TIME: ASAP

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                1468
CONNECTION TEL          #53055#0002#3052062#
SUBADDRESS
CONNECTION ID
ST. TIME                11/21 15:24
USAGE T                 01'00
PGS. SENT                 3
RESULT                  OK
```

# STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW


**CHICAGO, ILLINOIS**
FACSIMILE 312.577.1370
VERIFICATION: 312.577.1300

**NEW YORK, NEW YORK**
FACSIMILE: 212.506.3950
VERIFICATION: 212.506.3900

**LONDON, ENGLAND**
**STEPTOE & JOHNSON**
FACSIMILE: 011.44.207.367.8001
VERIFICATION: 011.44.207.367.8000

**1330 CONNECTICUT AVENUE, NW**
**WASHINGTON, D.C. 20036-1795**
FACSIMILE: 202.429.3902
VERIFICATION: 202-429-8045
MAIN NUMBER: 202.429.3000
www.steptoe.com

**BRUSSELS, BELGIUM**
FACSIMILE: 011.322.626.0510
VERIFICATION: 011.322.626.0500

**PHOENIX, ARIZONA**
FACSIMILE: 602.257.5299
VERIFICATION: 602.257.5287

**LOS ANGELES, CALIFORNIA**
FACSIMILE 213.439.9599
VERIFICATION: 213.439.9400

**CENTURY CITY, CALIFORNIA**
FACSIMILE 310.734.3300
VERIFICATION: 310.734.3200


**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the above address.

## DELIVER TO:

NAME: **Lisa Aiken** TELECOPY PHONE NUMBER: **(202) 305-2062**

COMPANY: **Dept. of Justice/Commercial Litigation** VERIFICATION NUMBER:

TOTAL PAGES & COVER SHEET: **3** DATE TRANSMITTED: **November 21, 2007**

S&J OPERATOR'S NAME: TELEPHONE NUMBER:

CLIENT/CASE NUMBER: **53055.0002**

## FROM:

NAME: **Daniel C. Sauls**

REQUEST MADE ON DATE: **11/21/07** TIME: **3:15 PM**

COMPLETION REQUIRED BY DATE: **11/21/07** TIME: **ASAP**