ORIGINAL

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

FILED
NOV 2 6 2007
U.S. COURT OF FEDERAL CLAIMS

**BID PROTEST**

| | |
|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** <br> **Plaintiff,** <br> v. <br> **UNITED STATES,** <br> **Defendant.** | 07-817 C <br> **Civil Action No.** ________ |

**PLAINTIFF GREAT LAKES DREDGE &**
**DOCK COMPANY LLC'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1, Great Lakes Dredge & Dock Company, LLC hereby submits this disclosure statement. Great Lakes Dredge & Dock Company, LLC, a Delaware limited liability company, is wholly owned by Great Lakes Dredge & Dock Corporation, a Delaware corporation whose shares of capital stock are publicly traded on NASDAQ under the symbol GLDD.

Respectfully submitted,

Daniel C. Sauls
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902
Email: dsauls@steptoe.com

**Attorney of Record for Great Lakes Dredge & Dock Company LLC**

Dated: November 26, 2007