ORIGINAL

FILED
NOV 26 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-817 C |
| **UNITED STATES,** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of plaintiff Great Lakes Dredge & Dock Company LLC in the above-captioned action, and requests that all papers in this action be served upon undersigned counsel at Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036.

Respectfully submitted,

Daniel C. Sauls
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902
Email: dsauls@steptoe.com

**Attorney of Record for Great Lakes Dredge & Dock Company LLC**

Dated: November 26, 2007