# In the United States Court of Federal Claims

No. 07-817C

(Filed: November 27, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| GREAT LAKES DREDGE & DOCK CO., LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

ORDER

The Court will conduct a hearing on Plaintiff's November 26, 2007 Application for a Temporary Restraining Order on Wednesday, November 28, 2007 at 10:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge