| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912HN-07-R-0109 | 2. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED *(RFP)* | 3. DATE ISSUED 22-Oct-2007 | PAGE OF PAGES 1 OF 49 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| | | |

| 7. ISSUED BY CODE W912HN | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| U.S. ARMY ENGINEER DISTRICT SAVANNAH<br>CHARLESTON CONTRACTING OFFICE<br>69A HAGOOD AVENUE<br>CHARLESTON SC 29403-5107 | **See Item 7** |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME<br>AMELIA K BRYANT | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)*<br>843-329-8089 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

DESCRIPTION OF WORK: Maintenance dredging of approximately 951,000 cubic yards of unclassified material from Charleston Entrance Channel and 603,000 cubic yards of unclassified material from Georgetow n Entrance Channel and shall be deposited in the Ocean Dredged Material Disposal Site (ODMDS) for that project. The w ork is located in Charleston and Georgetow n Counties, South Carolina. The w ork includes complying w ith the requirements of the Endangered Species Act and Marine Mammals Protection Act.

NAICS CODE: 237990 w ith a size standard of $18.5M.

MAGNITUDE OF WORK: $4 to $8 MIL

Note the new requirement for Annual Representations and Certifications to be completed online. See Section 00600, Clause 52.204-8.

The Government intends to issue Notice to Proceed w ithin 30 days of contract aw ard, subject to receipt of acceptable payment and performance bonds specified in Block 12.

11. The Contractor shall begin performance w ithin _______ calendar days and complete it w ithin ________ calendar days after receiving [ ] aw ard, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* section 0800 *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 4 copies to perform the w ork required are due at the place specified in Item 8 by 12:00 AM *(hour)* local time 22 Oct 2008 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) w ork requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due w ill not be considered and w ill be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

### OFFER *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

CODE | FACILITY CODE

15. TELEPHONE NO. *(Include area code)*

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS — SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

### AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE

27. PAYMENT WILL BE MADE BY: CODE

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

TEL: EMAIL:

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY

31C. AWARD DATE

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lump Sum | | |

Moblization and Demobilization for dredging in Charleston Entrance Channel
FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 951,000 | Cubic Yard | | |

Dredging of Unclassified material in Charleston Entrance Channel
FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1 | Lump Sum | | |

Silen Inspector System and disposal area report (Charleston Entrance Channel)
FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 1 | Lump Sum | | |

Compliance with Endangered Species Act and Marine Mammals Protection Act
(Charleston Entrance Channel)
FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 3 | Each | | |

Abundance Trawling (24 hours) (Charleston Entrance Channel)
FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 10 | Each | | |

Relocation Trawling (12 hour days) (Charleston Entrance Channel)

FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 1 | Lump Sum | | |

Mobilization and Demobilization for Dredging in Georgetown Entrance Channel
FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 603,000 | Cubic Yard | | |

Dredging of Unclassified Material in Georgetown Entrance Channel
FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 1 | Lump Sum | | |

Silent Inspector System and Disposal Area Report (Georgetown Entrance Channel)
FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 | | 1 | Lump Sum | | |

Compliance with Endangered Species Act and Marine Mammals Protection Act (Georgetown Entrance Channel)
FOB: Destination

NET AMT ____________________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0011 | | 3 | Each | | |

Abundance Trawling (24 hours) (Georgetown Entrance Channel)
FOB: Destination

NET AMT ____________________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0012 | | 10 | Each | | |

Relocation Trawling (12 hour days) (Georgetown Entrance Channel)

FOB: Destination

NET AMT ____________________

TOTAL

**TOTAL** **(ITEM 0001 – 0006)** **$**____________________

**TOTAL** **(ITEM 0007 – 0012)** **$**____________________

**TOTAL** **(ITEM 0001-0012)** **$**____________________

*Quantity Indicated is Comprised of Material Within the Dredging Prism Including the Maximum Optional Pay Slope Material, the Anticipated Shoaling, and two feet allowable overdepth.

Offers may be submitted for the each project or for both projects: Offerors proposal shall included pricing for all of the Charleston Entrance Channel (CLIN 0001 - 0006) and/or Georgetown Entrance Channel (CLIN 0007 - 0012) in order to be consider acceptable.

Award will be based on the Lowest Priced Technically Acceptable proposal for each and/or both projects: Charleston Entrance Channel (CLIN 0001 - 0006) and/or Georgetown Entrance Channel (CLIN 0007 - 0012)

Section 00100 - Bidding Schedule/Instructions to Bidders

EVALUATION FACTORS

SECTION 000100A
INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS

**PROPOSAL SUBMISSION REQUIREMENTS (PART A)**

The Government intends to award a firm fixed price contract and could make award without holding discussions with offerors. Therefore, offerors are encouraged to include their best terms and conditions (both price and technical) in the initial offer. By submitting an offer in response to this solicitation, offerors are agreeing to comply with all terms and conditions contained in the solicitation. **Unless the solicitation specifically invites the offeror to submit exceptions, the Contracting Officer may reject any offer that contains exceptions.** If, despite the warning given in this paragraph, the offeror elects to include exceptions, the exceptions must be specifically and clearly identified on a separate page. In this solicitation, the words "offer" and "proposal" are used interchangeably. (See definition of "offer" at FAR 2.101.) Except for any portions of the offeror's proposal incorporated into the resulting contract by specific reference, the terms and conditions included in the solicitation, including any amendments, shall take precedence over the offeror's proposal.

**Price Proposal Submission:** ( 1 original 4 copies and one CD shall be submitted with offerors proposal) Submission shall consist of the following:

1. Completed Offer with Price Schedule (SF 1442 - Section 00010, 00100 and 00600)
2. Submit or acknowledge any/all amendments
3. Offer Guarantee (or Bid Bond) (See clause FAR 52.228-1, Bid Guarantee in Section 00700)
4. Completed Representations & Certifications (Section 00100)
5. Small Business Participation Plan (Appendix E)

**Technical Proposal:**. (1 original, 4 copies, and one CD shall be submitted with offerors proposal and should not include any cost information) Submission shall consist of the following:

- Past Performance ( Appendix B and/or CCASS Reports)

Submit information for three (3) to five (5) relevant contracts or subcontracts that are similar in project size, scope and complexity that have been completed within the **past five (5) years**. Offeror shall complete items 1- 9 of Appendix B on all projects being use for past performance to include ones which will utilize CCASS and submit with proposal.

- Project Experience (see Appendix C)

The projects listed in this Appendix shall be for the same projects used in Appendix B.

- Equipment Documentation (see Appendix D)

The offeror shall provide documentation for major pieces of equipment being proposed for use on this solicitation to verify its capabilities to dredge, transport, process, haul and final disposal of material that meets the requirements for this project. This documentation shall consist of specific plant and major equipment. (see attachment D for the required information)

**SECTION 00100B**
**EVALUATION FACTORS FOR AWARD (PART B)**

This source selection will be conducted in accordance with procedures prescribed in FAR Part 15.

Evaluation Factors. The following factors and significant subfactors will be used to determine low price technically acceptable. Proposals will be evaluated for acceptability but will not be ranked by non-price factors. They are listed in the relevant order of importance.

Factor 1: Technical Merit
  Subfactor A: Past Performance
  Subfactor B: Project Experience
  Subfactor C: Equipment Documentation
  Subfactor D: Small Business Participation Plan

Factor 2: Price

**1. RATING SYSTEM/DEFINITIONS.** Following table gives definitions for the ratings.

| **TECHNICAL MERIT** ratings reflect the Government's assessment of whether the proposal meets the technical standards included in the RFP. | |
|---|---|
| **RATING** | **DEFINITION** |
| Acceptable | Proposal satisfies the minimum requirements of the RFP as well as demonstrates acceptable understanding of requirements and approach that meets performance or capability standards. No instances of failure to meet a required standard. Weaknesses if any are minor and need not be corrected prior to award. |
| Unacceptable | Proposal fails to meet the minimum requirements of the RFP and demonstrates and unacceptable understanding of the requirements. There is an unacceptable level of risk to the Government for performance. Requirements can only be met with major changes to the proposal. |

**2. EVALUATION STANDARDS**

Past Performance Questionnaires and/or CCASS Rating. Offeror's shall identify the completed projects (or substantially complete) to be used for reference and evaluation purposes via Appendix C. The dredge used in the projects shall be for the same dredge being proposed in this solicitation. Offers have the option of using either the Past Performance Questionaire or CCASS Rating.

If the Past Performance Questionnaire (Appendix B) is being utilized, the form shall be provided to the Charleston District Office, Contract Specialist directly from the reference. If the CCASS rating is being utilized, the offeror shall either provided it with their proposal or have it provided directly from the reference. Past Performance information must be submitted with your offer. The Government treats an Offeror's lack of past performance as having no positive or negative evaluation significance.

**It is the contractor's responsibility to ensure that the reference documentation is provided, as the Government may not make additional requests for past performance information from the references.** A sample Past Performance Evaluation Questionnaire is included at the end of this section. Wen completed, these forms and/or CCASS Ratings shall be mailed, faxed or e-mailed to the Charleston District Office, Contract Specialist identified in the sample transmittal letter provided (see Appendix A). Unless the CCASS rating is being provided in the proposal.

3.1.4 Other Sources. The Government may contact sources other than those provided by the Offeror for information with respect to past performance. These other sources may include CCASS (Construction Contractor Appraisal Support System), telephone interviews with organizations familiar with the Offeror's performance, and Government personnel with personal knowledge of the Offeror's performance capability.

3.1.5 Contractor Team Arrangements. In accordance with FAR Part 9, the Government will recognize theintegrity and validity of contractor team arrangements, provided the arrangements are identified and company relationships are fully disclosed in the offer. Past performance evaluation will not take into account the past performance information regarding predecessor or affiliated companies and sub-contractors that will perform major or critical aspects of the requirement, except as submitted under the requirement of paragraph 3.1.6 titled Contractor Team Arrangements.

3.1.6 Contractor Team Arrangements: Contractor Team Arrangements are considered an arrangement in which, (1) two or more companies form a partnership or joint venture to act as a potential prime contractor; or (2) a potential prime contractor agrees with one or more other companies to have them act as its sub-contractors under a specified Government contract or acquisition program. Failure to perform with these subcontractors may be grounds for termination for default of a resultant contract. Offeror proposed team arrangements, and company relationships shall be fully disclosed in the proposal. All prospective Joint Ventures must comply with Part 13 Code of Federal Regulations (CFR) 124.513. For reference and evaluation purposes the Offeror shall identify sub-contractors that will perform major or critical aspects of the requirement, and the major or critical aspects to be performed by those identified in the contractor team arrangement.

**3. PROCEDURES FOR THE EVALUATION**

The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. Further, if the Contracting Officer determines that discussions are necessary and if the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals. The following table synopsizes the evaluation methodology:

| ELEMENT | METHOD |
|---|---|
| General Review | Review of entire proposal to ascertain completeness and offeror's eligibility for award. |
| Price | Price will not be given a score. It will be reviewed for possible mistakes and eligibility for award. Prices will be evaluated for reasonableness. In order to ensure reasonableness of the offered price, the Contracting Officer may use different analytical techniques in accordance with FAR 15.404-1, such as: cost/price realism, unbalanced pricing or any other price related issue that could pose an unacceptable risk to the government |
| Technical Merit | Will be evaluated for acceptability. Possible ratings are: Acceptable and Unacceptable. In order to receive an acceptable rating for this factor, a proposal must be rated acceptable in every subfactor. No award will be made to any offeror whose proposal receives a not acceptable rating for this factor. |
| Subfactor A: Past Performance | Will be evaluated for acceptable or unacceptable risks associated with the proposal. An "unknown risk" rating will have neither a favorable nor an unfavorable impact on the overall evaluation of the proposal. However, if necessary, the Contracting Officer can consider favorable or unfavorable past performance history as a tiebreaker when comparing offerors who have no past performance history with offerors who do have past performance history. For example, if all other factors are relatively equal, an offeror with a favorable past performance history may be selected over an offeror with no past |

| | |
|---|---|
| | performance history; or, an offeror with no past performance history may be selected over an offeror with an unfavorable past performance history. |
| Subfactor B: Project Experience | The Government will evaluate all information with respect to production rate on previous projects. The Offeror shall provide documentation of a production rate of at least 250,000 cubic yards per month with the hopper dredge on three completed projects within the last five years of the date of the solicitation. The dredge identified for this subfactor must be the same and the dredge being proposed in the subject solicitation. |
| Subfactor C: Equipment Documentation | Acceptable equipment has been identified as a Coast Guard Certified Hopper Dredge |
| Subfactor D: Small Business Participation Plan | (a) The extent to which such firms, as defined in FAR Part 19, are specifically identified in proposals;<br>(b) The extent of commitment to use such firms (enforceable commitments will be weighted more heavily than non-enforceable ones);<br>(c) The complexity and variety of the work small firms are to perform;<br>(d) Past performance of the offeror in complying with requirements of the clauses at FAR 52.219-8, Utilization of Small Business Concerns, and, for all large business offerors, FAR 52.219-9, Small Business Subcontracting Plan;<br>(e) The extent of participation of such firms in terms of the value of the total acquisition;<br>(f) The extent to which the offeror provides detailed explanations/documentation supporting the proposed participation percentages, or lack thereof. In accordance with FAR 15.304 (c)(4), the extent of participation of small disadvantaged business (SDB) concerns in the performance of the contract. Further, in accordance with DFARS 215.304(c)(i), the extent of participation of small business and historically black college or university and minority institution in performance of the contract. Provide a Subcontracting Plan, which demonstrates at a minimum the following Charleston District's subcontracting goals:<br>• 51.2% of planned subcontracting dollars placed with Small Business concerns<br>• 8.8% of planned subcontracting dollars placed with Small Disadvantaged Business concerns<br>• 7.3% of planned subcontracting dollars placed with Women Owned Small Business concerns<br>• 3.1% of planned subcontracting dollars with HUBZone Small Business<br>• 1.5% of planned subcontracting dollars placed with Service-Disabled Veteran-Owned Small Business concerns |
| Source Selection Decision | Evaluators will provide results of evaluations to the Contracting Officer who will make the source selection decision. |

General Review.

Offerors will be checked against the *List of Parties Excluded From Federal Procurement and Nonprocurement Programs*. Any offeror who is listed will be eliminated without further consideration.

Bid bonds/Offer Guarantee will be reviewed for acceptability. Any offeror whose bid bond is unacceptable, will be eliminated without further consideration unless the Contracting Officer later determines that discussions are necessary and decides that the offeror's proposal should be included in the competitive range.

Proposals will be checked for minor informalities or irregularities. The Contracting Officer will follow guidance at FAR 14.405 when resolving minor informalities or irregularities. The Contracting Officer either will give the offeror an opportunity to cure any defect resulting from a minor informality or irregularity or waive the defect, whichever is to the advantage of the Government.

**Price Evaluation.**
Prices will be reviewed for minor or clerical errors. If necessary, offerors will be afforded an opportunity to resolve any such errors. Any exchange with offerors under this subparagraph shall be for the purpose of clarification (FAR 15.306(a)) and shall not constitute negotiations as defined at FAR 15.306(d). In the event of discrepancy between a unit price and the extended amount, the unit price shall be controlling.

Prices will be reviewed for apparent mistakes. Should this review reveal any prices that seem unreasonably low, the Contracting Officer will contact the offeror and ask the offeror to confirm the questioned price. If the offeror confirms the price, no further action will be taken under this subparagraph. If, however, the offeror alleges a mistake, the offeror may modify the proposal in accordance with FAR 52.215-1(c)(6). Any modification submitted for the purpose of correcting a mistake shall include documentation explaining how the mistake was made.

After resolution of minor or clerical errors and/or mistakes, prices will be reviewed for reasonableness, realism, unbalanced pricing or any other price related issue that could pose an unacceptable risk to the Government or indicate the offeror does not clearly understand the requirement at hand.

**Technical Merit Evaluation.**
Using the Technical Merit factor and subfactors listed in paragraph above. The entire evaluation team will form a consensus opinion of each proposal's technical acceptability and prepare a narrative supporting the team's conclusions. In the event the team is unable to form a consensus, the team will prepare majority and minority opinions for the Contracting Officer's consideration. Technical acceptability shall be based on the standards cited in paragraph above.

**Past Performance Evaluation**. The Government will consider currency and relevance of the information, source of the information, context of the data, and general trends in the offeror's performance. Information will be weighted in accordance with its relevance. The Government may use information supplied by the offeror and information obtained from other sources. The evaluation will be conducted by telephone. If, during the course of the evaluation, the Government obtains adverse information that the offeror has not previously been made aware of, the Government will afford the offeror an opportunity to respond to the information. The Government will not disclose the names of persons who provide performance information. (Note: Although the Government may obtain past performance information from other sources, it is the offeror's responsibility to provide past performance information and explain how the information is relevant to this acquisition.)

**Source Selection Decision.** The Contracting Officer, independently exercising prudent business judgment, will make the source selection decision based on the proposal that represents the best value to the Government. The Contracting Officer will not receive a recommendation from any individual or body as to which offeror should receive the award and additionally will not receive a rank order or order of merit list pertaining to the offers being evaluated.

## SECTION IV. DESCRIPTION OF EVALUTION PROCEDURES

**Note: The following definitions apply to the Source Selection Evaluation Team only. Do not issue in the RFP package.**

**1. RATING SYSTEM**

a. This part will describe the evaluation technique (ratings and their definitions) that will be used to rate the proposals.

b. This acquisition will use adjectival ratings in conjunction with narrative statements. Narratives are required when evaluation standards are being applied, when a comparison of proposals is being made and when a cost/technical tradeoff is conducted. The use of narrative statements facilitates the following:

(1) help indicate a proposal's strengths, weaknesses, and risks;.
(2) describe the relative strengths, weaknesses and risks to the source selection authority to preclude the source selection authority from trying to make an assessment based strictly on the adjectival rating given; and
(3) provide a reasonable and rational basis for the selection decision.

c. The rating definitions that will be used during the evaluation of technical merit and past performance factors and subfactors can be found in the Table located at Section III, Paragraph E-4. Please note that Price/Cost is not rated. It is evaluated for reasonableness as described in Section III, Paragraph E-5.2.

**2. EVALUATION STANDARDS.**

| | |
|---|---|
| **PAST PERFORMANCE**: These ratings assess the risks associated with each offeror's likelihood of success in performing the requirements stated in the RFP based on that offeror's demonstrated experience on recent, relevant contracts as identified in the Project Experience. The risk assessment will be based on one components, i.e., ratings for past work and relevancy of past work to this project. For this solicitation relevancy is defined as maintenance dredging utilizing a hopper dredge. Offers must submit at least two past performance references with at least an acceptable rating. | |
| **RATING** | **DEFINITION** |
| Satisfactory | Offeror's past performance record has demonstrated adequate past performance that is mostly considered relevant. If problems were encountered, proposal identified corrective measures that are considered acceptable. Weaknesses, if any, are minor and need not be corrected prior to award. |
| Unsatisfactory | Offeror's past performance record has not demonstrated positive or acceptable past performance or did not provide the minimum project information in order to adequately evaluate this factor. |
| No Rating | The offeror has asserted that it has no relevant past performance history on projects that are similar in size, scope and complexity to this requirement in the RFP. Proposal received no merit or demerit for this factor. |

| | |
|---|---|
| **PROJECT EXPERIENCE:** These ratings assess the risks associated with each offeror's likelihood of success in performing the requirements stated in the RFP based on that offeror's demonstrated performance on recent, relevant contracts as identified in the Past Performance Information Sheets. The risk assessment will be based on two components, i.e., ratings for past work and relevancy of past work to this project. For this solicitation relevancy is defined as maintenance dredging utilizing a hopper dredge. | |
| **RATING** | **DEFINITION** |
| Acceptable | Offeror's has demonstrated acceptable experience on submitted projects that are previously USACE projects that are similar in size, scope and complexity of the requirement in the RFP. Offeror has an acceptable project experience record with a cadre of qualified personnel that meet or exceed the RFP requirements. Offeror has acknowledged any accidents and addressed causes and corrections for future work. Weaknesses, if any, are minor and need not be corrected prior to award. |
| Unacceptable | Offeror proposal reflects potential risk anticipated with performance based on the offerors experience on other projects that are similar in size, scope and complexity. Proposal contains |

| | |
|---|---|
| | weaknesses that would need to be corrected prior to award. |

| **EQUIPMENT DOCUMENTATION:** This factor shows the equipment to be used on this project and will verify the offerors capabilities to dredge, transport, process, haul and final disposal of material. | |
|---|---|
| **RATING** | **DEFINITION** |
| Acceptable | Offeror's has demonstrated acceptable plant material. The equipment listing of dredging equipment and accompanying vessels required in the Statement of work will be used to determine acceptability or non-acceptability. Weaknesses, if any, are minor and need not be corrected prior to award. |
| Unacceptable | Offeror's Proposal contains weaknesses that would need to be corrected prior to award. |

| **SMALL BUSINESS PARTICIPATION PLAN:** All offerors (both large and small businesses) will be evaluated on the level of small business commitment they are demonstrating for the proposed acquisition, and their prior level of commitment on utilizing small businesses in performance of prior contracts | |
|---|---|
| **RATING** | **DEFINITION** |
| Acceptable | Propose meaningful goals against RFP objectives, meaningful rationale provided for proposed goals, goals satisfy almost all RFP objectives, strengths outweigh weaknesses |
| Unacceptable | Failed to propose meaningful goals against RFP objectives, little or no meaningful rationale provided for proposed goals, goals fail to satisfy almost all RFP objectives, weaknesses outweigh strengths |

**3. PROCEDURES FOR RECORDING THE EVALUATION.**

This part will identify the procedures to be followed by the SSEB when documenting the evaluations of the proposals received. Each evaluator will receive an evaluator's workbook to be used to record information on the proposals received.

a. EVALUATION GENERAL POLICIES. The following methodology will be used in the evaluation process:

(1) Meetings will be convened at the call of the SSEB Chairperson. Minutes of meetings, showing attendees, date and place of meeting, and summary of proceedings will be taken.

(2) Each member of the SSEB will operate in such a manner that their evaluation, recommendations and conclusions of each proposal will reflect their independent judgment. Collective discussion of evaluators within the team is permitted to exchange viewpoints regarding strong and weak points in the proposals.

(3) Each member of the team will examine and judge the merits of each proposal compared to the criteria established for evaluation.

(4) Using their evaluator workbook, team members will validate the information, estimates and projections of each proposal and document their findings accordingly.

**APPENDIX A**
**Sample Transmittal Letter**
MAINTENANCE DREDGING IN CHARLESTON HARBOR,
ENTRANCE CHANNEL CHARLESTON COUNTY, SOUTH CAROLINA AND
GEORGETOWN ENTRANCE CHANNEL, GEORGETOWN HARBOR, GEORGETOWN COUNTY SC
Solicitation # W912HN-07-R-0109

Date: ________

To: ______________________________
______________________________
______________________________

We have listed your firm as a reference for work we have performed for you as listed below. Our firm has submitted a proposal under a project advertised by the U.S. Army Corps of Engineers, Charleston District. The Corps of Engineers will evaluate of our firm's past performance in accordance with Federal Acquisition Regulations (FAR). Your candid response to the attached Questionnaire will assist the evaluation team in this process.

We understand that you have a busy schedule and your participation in this evaluation is greatly appreciated. Please complete the enclosed Questionnaire as thoroughly as possible. Space is provided for comments. Understand that while the responses to this Questionnaire may be released to the Offeror, FAR 15.306 (e)(4) prohibits the release of the names of the persons providing the responses. Complete confidentiality will be maintained.

Please do not return your Questionnaire to our offices. Please send your completed Questionnaire by mail, fax or email directly to the following address to arrive **NOT LATER THAN OFFER DUE DATE:**

U.S. Army Corps of Engineer District, Charleston
CESAC-CT (Amelia Bryant)
69A Hagood Avenue
Charleston, South Carolina 29403-5107
Phone: 843-329-8089 Fax 843-329-2320
Amelia.k.bryant@usace.army.mil

If you have questions regarding the attached Questionnaire, or require assistance, please contact Amy Bryant at 843-329-8089. Thank you for your assistance.

**Appendix B**
**Past Performance Questionnaire**
MAINTENANCE DREDGING IN CHARLESTON HARBOR,
ENTRANCE CHANNEL CHARLESTON COUNTY, SOUTH CAROLINA AND
GEORGETOWN ENTRANCE CHANNEL, GEORGETOWN HARBOR, GEORGETOWN COUNTY SC
Solicitation # W912HN-07-R-0109

Upon completion of this form, please send directly to the U.S. Army Corps of Engineers District, Charleston CESAC-CT (Amy Bryant) 69A Hagood Avenue Charleston, South Carolina 29403-5107 in the enclosed addressed envelope or fax to 843-329-2320 ATTN: Amy Bryant or e-mail amelia.k.bryant@usace.army.mil. Please do not return this form to our offices. Thank you.

1. Contractor/Name & Address (City and State):

2. Type of Contract: Fixed Price __ Cost Reimbursement ___ Other (Specify) ___________

3. Title of Project/Contract Number:

4. Description of Work: (Attach additional pages as necessary)

5. Name of Dredge: (Must be the same as the one being proposed in solicitation)

6. Complexity of Work: High ____ Mid ____ Routine _____

7. Location of Work:

8. Date of Award:

9. Status: In Progress ______ (provide percent complete)

Complete __________ (provide completion date)

10. Name, address and telephone number of Contracting Officer's Representative:

11. SAFETY AND HEALTH:

Evaluate the contractor's performance in complying with contract requirements, safety and health. Was overall safety demonstrated and practiced?

Excellent ___ Good ___ Satisfactory ___ Marginal ___

Unsatisfactory or Experienced Significant Safety and Health Problems ___

Remarks: ________________________________________________

________________________________________________________

________________________________________________________

12. QUALITY OF CONSTRUCTION:

Evaluate the contractor's performance in complying with contract requirements, quality achieved and overall technical expertise demonstrated.

Excellent ___ Good ___ Satisfactory ___ Marginal ___

Unsatisfactory or Experienced Significant Quality Problems ___

Remarks: ________________________________________________

________________________________________________________

________________________________________________________

13. TIMELINESS OF PERFORMANCE:

To what extent did the contractor meet the contract and/or individual task order schedules if the contract was an indefinite delivery type contract?

Completed Substantially Ahead of Schedule (Excellent) ____

Completed Ahead of Schedule (Good) ___

Completed on Schedule with Minor Delays Under Extenuating Circumstances (Satisfactory) __

Completed Behind Schedule (Marginal) ___

Experienced Significant Delays without Justification (Unsatisfactory) ___

Remarks: ________________________________________________

________________________________________________________

---

14. SUBCONTRACTOR AND SUPPLIER MANAGEMENT

How well did the contractor manage and coordinate subcontractors and suppliers?

Excellent ___ Good ___ Satisfactory ___ Marginal ___ Unsatisfactory ____

Remarks: ______________________________________________________________

______________________________________________________________

______________________________________________________________

15. PROJECT MANAGEMENT

How well did the contractor manage and coordinate the overall contract, employees, and generally all aspects of the project?

Excellent ___ Good ___ Satisfactory ___ Marginal ___ Unsatisfactory ____

Remarks: ______________________________________________________________

______________________________________________________________

______________________________________________________________

16. DOCUMENTATION

To what extent were the contractor's reports and documentation accurate, complete and were they submitted in a timely manner?

Excellent ___ Good ___ Satisfactory ___ Marginal ___ Unsatisfactory ____

Remarks: ______________________________________________________________

______________________________________________________________

______________________________________________________________

17. CUSTOMER SATISFACTION:

To what extent were the end users satisfied with:

Quality Cost Schedule

| | | | |
|---|---|---|---|
| Exceptionally Satisfied (Excellent) | | | |
| Highly Satisfied (Good) | | | |
| Satisfied (Satisfactory) | | | |
| Somewhat Dissatisfied (Marginal) | | | |
| Highly Dissatisfied (Unsatisfactory) | | | |

Remarks: ______________________________________________

______________________________________________

______________________________________________

18. IF GIVEN THE OPPORTUNITY, WOULD YOU WORK WITH THIS CONTRACTOR AGAIN?

Yes ___ No ___

19. OTHER REMARKS (Attach additional pages as necessary)9

______________________________________________

______________________________________________

APPENDIX C
PROJECT EXPERIENCE INFORMATION SHEET

MAINTENANCE DREDGING IN CHARLESTON HARBOR,
ENTRANCE CHANNEL CHARLESTON COUNTY, SOUTH CAROLINA AND
GEORGETOWN ENTRANCE CHANNEL, GEORGETOWN HARBOR, GEORGETOWN COUNTY SC
Solicitation # W912HN-07-R-0109

Project Title:

Location:

Contract Number:

Nature of Involvement With This Project (i.e. Prime Contractor, Subcontractor, supplier, etc.):

Procuring Activity:

Procuring Activity Point of Contact and Phone #:

Date of Project Completion:

Dredge Name: (must be same as one being proposed in the solicitation)

Total Cubic Yards Dredged:

Average Cubic Yards Dredged Per Day:

Average Cubic Yards Dredged Per Month:

Type of Disposal (upland or ocean):

Type of Equipment Used (type and size of dredge):

Total Project Cost (original):

Total Cost of All Modifications:

Total Project Cost (at completion):

List problems encountered and the actions taken to correct such problems:

Project Manager Used for this project:

Quality Control Mangers used:

Safety Manager used:

List accident description and causes:

Describe corrective actions taken (is any):

Address prevent plant to prevent similar accidents:

**Appendix D**
**EQUIPMENT DOCUMENTATION SHEET**
MAINTENANCE DREDGING IN CHARLESTON HARBOR,
ENTRANCE CHANNEL CHARLESTON COUNTY, SOUTH CAROLINA AND
GEORGETOWN ENTRANCE CHANNEL, GEORGETOWN HARBOR, GEORGETOWN COUNTY SC
Solicitation # W912HN-07-R-0109

The offeror shall provide documentation for major pieces of equipment being proposed for use on this solicitation to verify its capabilities to dredge, transport, process, haul and final disposal of material that meets the requirements for this project. This documentation shall consist of specific plant and major equipment. The documentation shall include but not be limited to the following:

Identification of the Dredge
Ownership of Dredge (Owned/Long Term Leased or Lease Agreement)
Coast Guard Certification, if applicable
ABS Certification for any barges if used offshore.
Associated booster-pump/pipeline equipment (including size)
Age and Condition (including information of last major maintenance and scheduled future maintenance)
Dimensions of dredge including draft and freeboard
Positioning Equipment (vessel and dredge-head/arm apparatus)
Size of Suction and Discharge Lines
Total Pump Horsepower
Maximum Dredging Depth
List support equipment and pipeline (length of pipe and type, plastic, etc.)
Photographs of Dredge(s)

<u>Hopper Dredge</u>

Current Certificate of Inspection, and
Current and valid Load-Line Certificate
Maximum Dredging Depth
Identify cubic yard capacity of draft empty and draft full

<u>All other Major Plant/Equipment</u>
Make/Model
Date of Manufacture
Horsepower
Power Plant/Fuel Type
General Condition
Photographs (if available)

**APPENDIX E:**
**Small Business Participation Plan**
MAINTENANCE DREDGING IN CHARLESTON HARBOR,
ENTRANCE CHANNEL CHARLESTON COUNTY, SOUTH CAROLINA AND
GEORGETOWN ENTRANCE CHANNEL, GEORGETOWN HARBOR, GEORGETOWN COUNTY SC
Solicitation # W912HN-07-R-0109

In accordance with FAR 15.304 (c)(4), the extent of participation of small disadvantaged business (SDB) concerns in performance of the contract. Further, in accordance with DFARS 215.304(c)(i), the extent of participation of small business and historically black college or university and minority institution in performance of the contract.

(1) All offerors, both small and large businesses, are required to submit Small Business Participation Plan information in accordance with DFARS 215.304 that shall include the following:

(a) Type of Business of Prime Contractor: Check all applicable boxes

{} Large
{} Small (also check type of Small Business below)
  {} Small Non-Disadvantaged Business
  {} Small Disadvantaged Business
  {} Woman-Owned Small Business
  {} HUB Zone Small Business
  {} Veteran Owned Small Business
  {} Service Disabled Veteran Owned Small Business

(b) Total Contract Value: (Include options, etc) $__________

(c) Dollar Value of your participation as a Prime Contractor: $__________

(d) Dollar Value and Percentage of Total Contract Value of Subcontracts Planned For:

| | Dollar Value | Percentage of Total Contract Value |
|---|---|---|
| Large | $_______ | %_________ |
| Total Small | $_______ | %_________ |
| Small Non-Disadvantaged | $_______ | %_________ |
| Small Disadvantaged | $_______ | %_________ |
| Woman-Owned Small | $_______ | %_________ |
| HUB Zone Small | $_______ | %_________ |
| Veteran Owned Small | $_______ | %_________ |
| Service Disabled Veteran Owned Small | $_______ | %_________ |

Each participation percentage above shall be accompanied by detailed supporting documentation regarding the individual commitments. Detailed explanations shall also be provided when the percentages fall short of the DoD goal. **NOTE**: The sum of the dollar values and percentages of Small Non-Disadvantaged and Small Disadvantaged should equal the entries for Total Small. However, the sum of all the percentages under Paragraph (d) need not equal 100% since the prime is not included and individual subcontractors may be counted towards more than one category. All percentages should use TOTAL CONTRACT VALUE as a baseline.

(e) List principal supplies/services (be specific) to be subcontracted to:

| | Name of Company | Type of Service/Supply |
|---|---|---|
| Large: | | |
| Small: | | |
| Small Non-Disadvantaged: | | |
| Small Disadvantaged: | | |
| Woman-Owned Small: | | |
| HUB Zone Small: | | |
| Veteran Owned Small Business: | | |
| Service Disabled Veteran Owned Small: | | |

**NOTE**: For purpose of subcontracting, Historically Black Colleges and Universities/Minority Institutions (HBCUs/MIs) are considered as disadvantaged and should be broken out separately.

(f) Prior Performance Information: Provide any information substantiating the offeror's track record of utilizing small business on past contracts. For Large Business: include ACO rating and SF 295 Information. For Large and Small businesses: provide descriptive information for all small business categories. Any information concerning long-term relationships with Small Business subcontractors, such as mentor-protégé relationships, should be provided.

(g) Extent of Commitment: Provide documentation regarding enforceable commitments to utilize any Small Business category, as defined in FAR Part 19, as subcontractors.

(2) Each Large Business offeror shall provide a Small Business Subcontracting Plan that contains all the elements required by FAR 52.219-9. This plan shall be submitted separately from the Small Business Participation Plan information required above, which applies to both large and small businesses. The Small Business Subcontracting Plan is not a requirement for evaluation in source selection, but rather a requirement for award to a large business and will be incorporated into any resultant contract.

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.204-6 | Data Universal Numbering System (DUNS) Number | OCT 2003 |
| 52.215-1 | Instructions to Offerors--Competitive Acquisition | JAN 2004 |
| 52.222-5 | Davis-Bacon Act--Secondary Site of the Work | JUL 2005 |

| | | |
|---|---|---|
| 52.225-10 | Notice of Buy American Act Requirement--Construction Materials | MAY 2002 |

CLAUSES INCORPORATED BY FULL TEXT

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Firm Fixed Priced contract resulting from this solicitation.

(End of provision)

52.222-23 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION (FEB 1999)

(a) The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

(b) The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|
| Charleston County 30%<br>Georgetown County 33.07% | 6.9% |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the --

(1) Name, address, and telephone number of the subcontractor;

(2) Employer's identification number of the subcontractor;

(3) Estimated dollar amount of the subcontract;

(4) Estimated starting and completion dates of the subcontract; and

(5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is Georgetown and Charleston Counties, South Carolina

(End of provision)

52.225-9 BUY AMERICAN ACT—CONSTRUCTION MATERIALS (JAN 2005)

(a) Definitions. As used in this clause--

Component means an article, material, or supply incorporated directly into a construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

Foreign construction material means a construction material other than a domestic construction material.

United States means the 50 States, the District of Columbia, and outlying areas.

(b) Domestic preference. (1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government as follows: NONE

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the