# In the United States Court of Federal Claims

No. 07-817C

(Filed: November 28, 2007)

```
*************************************** *
                                        *
GREAT LAKES DREDGE & DOCK CO., LLC,     *
                                        *
                   Plaintiff,           *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                   Defendant.           *
                                        *
*************************************** *
```

TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's application for a Temporary Restraining Order, filed November 26, 2007, the documents filed by Defendant on November 27, 2007, the arguments of counsel held this day, and for the reasons stated in open court following the arguments, IT IS HEREBY ORDERED as follows:

Defendant, the United States Corps of Engineers, South Atlantic Division, Savannah District, Charleston Contracting Office, including all officers, agents, and employees, and all other persons acting in concert or participation with them, are restrained for a period of ten days, to and including December 8, 2007, from receiving proposals or awarding a contract under Solicitation No. W9121HN-07-R-0109.

In accordance with Rule 65(c) of the Court, Plaintiff is directed to furnish security of $100.00 in the form of a cashier's check filed with the Clerk to cover any costs or damages as may be incurred by Defendant if later found to have been wrongfully restrained.

Entered this 28th day of November, 2007, at 11:30 AM.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge