# In the United States Court of Federal Claims

No. 07-817C

(Filed: November 28, 2007)

****************************************** *
*
GREAT LAKES DREDGE & DOCK CO., LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On November 28, 2007, the Court conducted a conference on the record with counsel for the parties to consider Plaintiff's application to temporarily restrain the United States Army Corps of Engineers, Savannah District, from accepting proposals for Request for Proposal No. W912HN-07-R-0109. With the assistance and agreement of counsel, the Court established the following schedule for future proceedings pursuant to Rule 52.1:

1. Defendant shall file the administrative record with the Court by December 5, 2007;

2. The parties shall file their cross-motions for judgment on the administrative record by December 12, 2007;

3. The parties shall file their reply briefs by December 19, 2007; and

4. Oral argument shall be heard on December 21, 2007 at 10:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge