IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-817 (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests a two day enlargement of time, through and including December 7, 2007, to file the administrative record. The administrative record is currently due to be filed on December 5, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with Daniel Sauls, counsel for Great Lakes Dredge & Dock Company LLC ("GLDD"), who stated that he does not oppose this motion.

In support of this motion, defendant states that the parties have engaged in settlement discussions in an attempt to resolve this matter amicably. Defendant has received a settlement proposal from GLDD which defendant's counsel has submitted to the authorized representative of the Attorney General for a decision. The requested enlargement of time will conserve the resources of the Court and the parties while the settlement decision is pending.

Accordingly, defendant requests a two day enlargement of time to file the administrative record.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

December 5, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 5, 2007 a copy of foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael O'Connell