**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** | ) | **Filed Electronically On December 7, 2007** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 07-817C (Judge Wheeler)** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule of the Court of Federal Claims 41(a)(1), Plaintiff Great Lakes Dredge & Dock Co. LLC hereby dismisses this case with prejudice as a result of a settlement between Plaintiff and Defendant based on corrective action taken by Defendant.

Respectfully submitted,

s/Daniel C. Sauls

Daniel C. Sauls
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902

Attorney of Record for Plaintiff
Great Lakes Dredge & Dock Company LLC

Dated: December 7, 2007