# In the United States Court of Federal Claims

No. 07-817C

(Filed: December 12, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| GREAT LAKES DREDGE & DOCK CO., LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On November 28, 2007, the Court ordered Plaintiff to furnish security of $100.00 in the form of a cashier's check with the Clerk to cover any costs or damages that might be incurred by Defendant if it was later found to have been wrongfully restrained. On December 7, 2007, the parties settled and Plaintiff dismissed the case with prejudice. As Defendant was not found to have been wrongfully restrained, the Court orders the Clerk to return Plaintiff's $100.00 security payment.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge